UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY ERIC WATERS,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA et al.,<br><br>    Defendants. | Case No. 2:24-cv-05667-SB-SK<br><br>ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PAY THE FILING FEE |

    Plaintiff Jeremy Eric Waters, proceeding pro se, filed a complaint on July 3, 2024, without paying the required filing fee or submitting a request to proceed in forma pauperis (IFP).  Dkt. No. 1.  On the same day, the clerk's office notified Plaintiff of the deficiency, provided an IFP form application (CV-60P), directed Plaintiff to either pay the filing fee or submit an IFP request within 30 days, and noted that failure to do so within 30 days may result in dismissal.  Dkt. No. 2.[1]  The deadline has passed, and Plaintiff has not paid the fee or filed an IFP request.  By no later than September 6, 2024, Plaintiff is ordered to either pay the filing fee or file form CV-60P requesting to proceed IFP.  Failure to do so will result in the dismissal of this case without prejudice.

Date: August 16, 2024

                                               Stanley Blumenfeld, Jr.
                                               United States District Judge

---

[1] A subsequent notice issued the following week was returned undelivered.  Dkt. No. 4.  There is no indication in the record that Plaintiff did not receive the notice that he was required to pay the filing fee or submit an IFP request.  However, Local Rule 41-6 requires a pro se litigant to keep the Court informed of his current address and permits the Court to dismiss an action when mail served on the litigant is returned undeliverable and the litigant has not filed a notice of change of address.  If Plaintiff intends to prosecute this case, he must ensure that the Court is promptly notified of his current address.