UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY ERIC WATERS,<br><br>　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA et al.,<br><br>　　　Defendants. | Case No. 2:24-cv-05667-SB-SK<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

　　　Plaintiff Jeremy Eric Waters filed a pro se complaint on July 3, 2024, without paying the required filing fee or submitting a request to proceed in forma pauperis (IFP). Dkt. No. 1.  That same day, the clerk's office directed him to either pay the fee or submit an IFP request within 30 days, noting that failure to do so could result in dismissal, but Plaintiff failed to do either before the deadline.  Dkt. No. 2.  Well after the deadline passed, on August 16, the Court issued an order to show cause requiring Plaintiff to pay the filing fee or file an IFP request by September 6, warning that failure to do would result in dismissal of the case without prejudice.  Dkt. No. 5.  Acknowledging that mail had been returned undeliverable, the Court also advised Plaintiff that he is obligated under Local Rule 41-6 to keep the Court informed of his address and that his action may be dismissed if he fails to do so.  *Id.*

　　　The September 6 deadline has now passed, and Plaintiff has failed to pay the filing fee or request IFP status.  This alone merits dismissal.  The Court, however, notes that mail serving the order to show cause was returned undeliverable on September 9.  Dkt. No. 6.  Plaintiff's failure to file a notice of change of address

1

provides an independent basis for dismissal under Local Rule 41-6.  The Court therefore dismisses the case in its entirety without prejudice.

Date: October 2, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge